Debtor   Pacific Drilling Company Limited                Case number (*if known*) _____
         Name

**Fill in this information to identify the case:**

Debtor Name   Pacific Drilling Company Limited

United States Bankruptcy Court for the:

Southern                   District of   Texas
                                         (State)

Case number (*If known*): _____   Chapter   11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Pacific Drilling Company Limited |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 9 8 – 1 5 5 4 2 7 5 |
| **4.** | **Debtor's address** | **Principal place of business** <br> 11700 Katy Fwy., #175 <br> Number   Street <br> Houston   TX   77079 <br> City   State   ZIP Code <br><br> Harris County <br> County | **Mailing address, if different from principal place of business** <br> ____   ____   ____ <br> City   State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number <br><br> City |
| **5.** | **Debtor's website** (URL) | www.pacificdrilling.com |

Debtor __Pacific Drilling Company Limited__     Case number (*if known*) _____
         Name

| 6. | **Type of debtor** | ☐ | Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|---|
| | | ☐ | Partnership (excluding LLP) |
| | | ☒ | Other. Specify: __Exempted Company Limited by Shares__ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
https://www.uscourts.gov/four-digit-national-association-naics-codes

__2__ __1__ __1__ __1__

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one*: |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  Pacific Drilling Company Limited                     Case number (*if known*)
        Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No ☐ Yes | District | When _____ MM / DD / YYYY | Case Number | |
| | If more than 2 cases, attach a separate list. | | District | When _____ MM / DD / YYYY | Case Number | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No ☒ Yes | Debtor | See attached Schedule 1 | Relationship | See attached Schedule 1 |
| | List all cases. If more than 1, attach a separate list. | | District | Southern Districts of Texas and New York | When | Contemporaneously and 11/12/2017 |
| | | | Case number, if known | | | |

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ Number  Street _____ City  State  ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ Contact name _____ Phone _____ |

**Statistical and administrative information**

Debtor  **Pacific Drilling Company Limited**                     Case number (*if known*) _____
           Name

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors**<br><br>(on a consolidated basis) | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☒ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated assets**<br><br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities**<br><br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|
**Request for Relief, Declaration, and Signatures**

WARNING –  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>☒ I have been authorized to file this petition on behalf of the debtor.<br>☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/30/2020
              MM / DD / YYYY

✗ */s/ James W. Harris*                                James W. Harris
Signature of authorized representative of debtor       Printed name

Title   Designated Person

| Debtor | Pacific Drilling Company Limited | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 18. | **Signature of attorney** | ✗ | /s/ Joseph E. Bain | Date | 10/30/2020 |
|---|---|---|---|---|---|
| | | | Signature of authorized representative of debtor | | MM/ DD / YYYY |

Joseph E. Bain
Printed name

Jones Walker LLP
Firm name

811 Main Street #2900
Number    Street

| Houston | Texas | 77002 |
|---|---|---|
| City | State | ZIP Code |

| (713) 437-1800 | jbain@joneswalker.com |
|---|---|
| Contact phone | Email address |

| 24085187 | Texas |
|---|---|
| Bar number | State |

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 5

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor Name | Pacific Drilling Company Limited | |
| United States Bankruptcy Court for the: | | |
| Southern | District of | Texas |
| | | (State) |
| Case number (*If known*): | | Chapter 11 |

☐ Check if this is an amended filing

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor in the United States Bankruptcy Court for the Southern District of Texas

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas. The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the number assigned to the chapter 11 case of Pacific Drilling S.A.

| |
|---|
| Pacific Drilling S.A. |
| Pacific Bora Ltd. |
| Pacific Drilling Operations Limited |
| Pacific Drilling Operations, Inc. |
| Pacific Drilling, Inc. |
| Pacific Drilling, LLC |
| Pacific Drillship S.À R.L. |
| Pacific Mistral Ltd. |
| Pacific Santa Ana Limited |
| Pacific Scirocco Ltd. |
| Pacific Sharav S.À R.L. |
| Pacific Drilling Holding (Gibraltar) Limited |
| Pacific Drilling Company Limited |
| Pacific Sharav Korlátolt Felelősségű Társaság |
| Pacific Drilling Finance S.À R.L. |
| Pacific Drilling Limited |
| Pacific Drilling V Limited |
| Pacific Drilling VII Limited |
| Pacific Drillship Nigeria Limited |

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor in the United States Bankruptcy Court for the Southern District of New York

On November 12, 2017, Pacific Drilling S.A. and certain of its affiliates (the "2017 Debtors") filed voluntary Chapter 11 petitions in the United States Bankruptcy Court for the Southern District of New York (the "2017 Bankruptcy Proceedings").  On November 2, 2018, the 2017 Debtors' Modified Fourth Amended Joint Plan of Reorganization, dated October 31, 2018 (the "2018 Plan") was confirmed.  On November 19, 2018, the 2017 Debtors (other than the Zonda Debtors as defined below) emerged from the 2017 Bankruptcy Proceedings after successfully completing their reorganization pursuant to the terms of the 2018 Plan.  Two of the entities that were debtors in the 2017 Bankruptcy Proceedings remain active as debtors and debtors in possession in those ongoing proceedings—Pacific Drilling VIII Limited and Pacific Drilling Services, Inc. (together, the "Zonda Debtors").  For the avoidance of doubt, the Zonda Debtors are not debtor entities in the chapter 11 cases of the Debtors listed above.  The Zonda Debtors remain as debtors in the 2017 Bankruptcy Proceedings.  For more information on the 2017 Bankruptcy Proceedings please visit the 2017 Debtors' claims agent website at: https://cases.primeclerk.com/pacificDrilling/Home-Index.

[*The remainder of this page intentionally left blank*]

# UNANIMOUS WRITTEN CONSENT IN LIEU OF A MEETING
# OF THE BOARD OF DIRECTORS OF PACIFIC DRILLING COMPANY LIMITED

The undersigned, being of the sole members of the Board of Directors (the "**Board**" and the "**Director**") of Pacific Drilling Company Limited, a Cayman Islands exempted company limited by shares with company number 365128 (the "**Company**"), acting by unanimous written consent in lieu of a meeting pursuant to article 27.6 of the Company's Memorandum and Articles of Association, do hereby consent to the adoption of, and hereby adopt, the following resolutions on and as of October 30, 2020:

**WHEREAS**, the Board has reviewed the financial and operational condition of the Company and the Company's business on the date hereof, including the current and historical performance of the Company, the assets and liquidity of the Company, the current and long-term liabilities of the Company, the market for the Company's services and the credit market conditions;

**WHEREAS**, the Board has received and reviewed the recommendations of senior management of the Company and the Company's legal, financial, and other advisors as to the relative risks and benefits of the strategic alternatives available to the Company, including pursuing a reorganization through a bankruptcy case (the "**Bankruptcy Case**") under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"), and has received, reviewed and discussed forms or descriptions of the key "first day" and "second day" filings that would be proposed to be made by the Company in connection with the Bankruptcy Case (the "**Initial Filings**");

**WHEREAS**, after review and due consideration of all of the information presented to the Board, the Board deems it advisable and in the best interests of the Company, its parent companies, its creditors, stakeholders, and other interested parties, for the Company to commence the Bankruptcy Case by filing a voluntary petition for relief under the provisions Chapter 11 of the Bankruptcy Code (the "**Petition**");

**WHEREAS**, the Board deems it advisable and in the best interests of the Company, its parent companies, its creditors, stakeholders, and other interested parties for the Company to make the Initial Filings and to conduct the business of the Company as contemplated thereby, including without limitation to continue to participate in a centralized cash management system with certain of its affiliates (the "**Cash Management System**"), and to provide adequate protection to the Company's secured creditors in order to utilize their cash collateral ("**Cash Collateral**"); and

**WHEREAS**, by executing this unanimous written consent, the Director confirms that he has noted the nature and extent of any interests in the matters and documents contemplated in this unanimous written consent for the purposes of the Memorandum and Articles of Association of the Company. The Director is not, by virtue of any such interests, prohibited under the Memorandum and Articles of Association of the Company from executing this unanimous consent.

**NOW, THEREFORE BE IT**:

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its parent companies, its creditors, stakeholders, and other interested

parties that the Petition and the Initial Filings be filed by the Company under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"); and be it further

**RESOLVED**, that the Company shall be, and it hereby is, authorized, directed and empowered (i) to file the Petition and the Initial Filings and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and be it further

**RESOLVED**, that any Director or officer of the Company, and each of Bernie G. Wolford Jr., James W. Harris, and Lisa M. Buchanan (each, a "**Designated Person**" and collectively, the "**Designated Persons**") be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute and verify the Petition and the Initial Filings as well as all other ancillary documents and to cause the Petition and the Initial Filings to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition, the Initial Filings or any ancillary documents, and to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents, agreements, deeds, letters, instruments or certificates necessary or desirable in connection with any of the foregoing; and be it further

**RESOLVED**, that the law firm of Latham & Watkins LLP ("**L&W**") be, and hereby is, authorized, empowered and directed to represent the Company as its counsel in connection with the Bankruptcy Case, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of L&W; and be it further

**RESOLVED**, that the law firm of Jones Walker LLP ("**JW**") be, and hereby is, authorized, empowered and directed to represent the Company as its local counsel in connection with the Bankruptcy Case, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of JW; and be it further

**RESOLVED**, that the investment bank of Greenhill & Co. ("**Greenhill**") be and hereby is engaged to provide investment banking and other related services to the Company in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Greenhill; and be it further

**RESOLVED**, that the firm of AlixPartners, LLP ("**AlixPartners**") be and hereby is engaged to provide restructuring advice and other related services to the Company in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of AlixPartners; and be it further

**RESOLVED**, that the firm of Prime Clerk LLC ("**Prime Clerk**") be and hereby is engaged to act as notice, claims and balloting agent and to provide other related services to the Company in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Prime Clerk; and be it further

**RESOLVED**, that in addition to the existing signatories of the Company, any Designated Person, acting alone or in any combination, be, and hereby is, authorized to cause the Company to employ other special counsel, financial advisors, investment bankers, accountants, restructuring advisors and other professionals as appropriate in connection with the Bankruptcy Case and all related matters; and be it further

**RESOLVED**, that in order to use and obtain the benefits of Cash Collateral currently held in the Cash Management System, the Company shall be, and it hereby is, authorized to grant security interests in, and liens on, all or any portion of the Company's assets for the benefit of the Company's affiliates and creditors and where such security interests are granted or any security interests released, the appropriate registrations be made in the Company's register of charges, and to provide any additional adequate protection to the creditors that the Designated Persons shall deem necessary, appropriate or desirable, including but not limited to periodic cash payments equal to interest payments and fees and expenses; and be it further

**RESOLVED**, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to negotiate and approve the terms and form of any adequate protection to creditors and to secure the payment and performance of any post-petition financing, including the consensual use of Cash Collateral, and to effectuate the forgoing by (i) paying or approving the payment of all amounts payable in connection with any adequate protection arrangement, (ii) pledging or granting liens and mortgages on, or security interest in, all or any portion of the Company's assets, including all or any portion of the issued and outstanding capital stock, partnership interests, or membership interests of any subsidiaries of the Company, whether now owned or hereafter acquired, and (iii) entering into or causing to be entered into such security agreements, pledge agreements, control agreements, intercreditor agreements, mortgages, deeds of trust and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, these Resolutions in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate or desirable by the Designated Person executing the same, the execution thereof by

such Designated Person to be conclusive evidence of such approval or determination; and be it further

**RESOLVED**, that the Board hereby constitutes and appoints Pacific Drilling S.A. ("**PDSA**") and each director or officer of PDSA as the Company's true and lawful attorneys in fact and agents, in each case with full power of substitution and resubstitution, with full power and authority in the name, place and stead of the Company to execute, swear to, acknowledge, deliver and file in the Bankruptcy Case, any schedules, lists, motions, applications and other papers or documents that PDSA or any such officer or director of PDSA deems necessary or appropriate to enable the Company to carry out the intent and to accomplish the purposes of the foregoing resolutions, provided that the Company shall at all times have the unrestricted right to unilaterally revoke these appointments and the powers provided hereunder; and be it further

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Designated Persons, and in addition to the existing signatories of the Company, any of the Designated Persons, acting alone or in any combination, be, and hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and things, including the payment of all fees, expenses, appropriate retainers and other amounts payable by the Company with respect to the foregoing, and to execute and deliver all such other instruments, certificates, agreements and documents as he or she may consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purposes of the foregoing resolutions; and be it further

**RESOLVED**, that all actions heretofore taken by any officer or Director of the Company in connection with the foregoing resolutions, the Petition and related matters be, and they hereby are, confirmed, ratified and approved in all respects; and be it further

**RESOLVED**, that the Director hereby waives any notice, procedural or other formalities requirements which may be required in order to hold a meeting of the Company's Directors.

[*Signature page follows*]

The undersigned, representing the sole Director of the Company as at the date hereof, **HEREBY ADOPTS** these resolutions.

_____
**Bernie G. Wolford Jr.**
Date:  October 30, 2020

*Signature Page to Resolutions of Pacific Drilling Company Limited*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
In re:                                                      :    Chapter 11
                                                            :
PACIFIC DRILLING COMPANY LIMITED,                           :    Case No. 20-_____ (___)
                                                            :
    Debtor.                                                 :    (Joint Administration Requested)
                                                            :
Tax I.D. No. 98-1554275                                     :
------------------------------------------------------------ x

## CONSOLIDATED LIST OF CREDITORS HOLDING THE THIRTY LARGEST UNSECURED CLAIMS

Pacific Drilling S.A. and the entities listed in the chart on Schedule 1 to this petition (together, the "**Debtors**") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to file a consolidated list of creditors holding the thirty largest unsecured claims[1] (the "**Largest Unsecured Creditors List**").

The Largest Unsecured Creditors List is based on the Debtors' books and records as of approximately October 30, 2020, and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Largest Unsecured Creditors List does not include persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31).

The information contained in the Largest Unsecured Creditors List shall not constitute an admission by, nor shall it be binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' rights to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated, or disputed does not constitute a waiver of the Debtors' rights to contest the validity priority and/or amount of such a claim.

---

[1] Although this list of the top 30 unsecured creditors is presented on a consolidated basis for all of the affiliated debtors that have commenced Chapter 11 filings on the date hereof, (a) certain of the creditors on this consolidated list may not necessarily hold a claim against this specific debtor and (b) it is possible that certain of the affiliated debtors do not have any general unsecured creditors.

Fill in this information to identify the case:

Debtor Name: Pacific Drilling Company Limited

United States Bankruptcy Court for the:

Southern  District of Texas
(State)

Case number (*If known*):  Chapter 11

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the thirty (30) largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the thirty (30) largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | National Oilwell Varco Service 5100 N. Sam Houston Parkway W. Houston, TX 77086 | Rafael Maldonaldo In charge of Field Service Phone: 281-569-8486 Email: Rafael.Maldonado@nov.com | Trade | | | | $72,704 |
| 2 | Hiller Offshore Services 209 Stanton, Road Broussard, LA 70518 | James Guidry Phone: 337-837-3388 Email: jguidry@hillercompanies.com | Trade | | | | $41,691 |
| 3 | National Oilwell Varco HRC 5100 North Sam Houston Pkwy West Houston, TX 77086 | Dave Douglas In charge of Repair Centers Phone: 281-569-8426 Email: Dave.Douglas@nov.com | Trade | | | | $33,372 |
| 4 | Man Energy Solutions SE Stadtbachstrabe 1 Augsburg 86153 | Victor Bittner Phone: 954-960-6658 Email: victor.bittner@man-es.com | Trade | | | | $30,801 |
| 5 | 3C Metal USA Inc. 5100 Westheimer Road, Suite 595 Houston, TX 77056 | Dejan Zigic Phone: 971 (0)4 8830682 Email: dzigic@3cmetalme.com | Trade | | | | $21,047 |
| 6 | Fugro Norway AS PO Box 490 Oslo 0213 03 Norway | Bjorne Inge Nilsen Phone: 47 21 50 14 00 Mobile: 47 90519880 Email: b.i.nilsen@fugro.com | Trade | | | | $20,250 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | GAC Shipping (S.A.) (Pty) Ltd. 2nd Floor, 176 Sir Lowry Road Cape Town 8001 ZA | Ryan Maher Phone: 27 (0) 83 635 8120 Email: ryan.maher@gac.com | Trade | | | | $17,547 |
| 8 | Charter Supply Company 8100 Ambassador Caffery Pkwy. Broussard, LA 70518 | Tod Murphey Phone: 281 572 3712 Email: tmurphey@chartersupply.com | Trade | | | | $16,109 |
| 9 | Kongsberg Maritime, Inc 5373 W. Sam Houston Parkway N Suite 200 Houston, TX 77581 | Kevin Donovan Phone: 504-303-5255 Email: Kevin.Donovan@km.kongsberg.com | Trade | | | | $15,948 |
| 10 | OMA Logistics Senegal SARL Avenue A, Fadiga, Immeuble Lahad Mbake, Mezzanine Block A, BP14215, Dakar 14215 Dakar Dakar Senegal | Vincent Bayiha Kodock Phone: 221 33 822 85 37 Mob: +221 77 762 18 72 Email: vincent.bayiha-kodock@omagroup.com | Trade | | | | $14,120 |
| 11 | Dickerman Overseas Contracting Co L Unit 3, Adam Business Centre, Henso Northants NN 168PX | Andrew Sharp Phone: 44 (0)1536 525131 Email: Operations@dickermangroup.com | Trade | | | | $12,463 |
| 12 | Tanks-A-Lot, Inc. 7723 Hwy 182 East Morgan City, LA 70380 | Mark Blanchard Phone: 985-714-2933 MBlanchard@tanksalotinc.com Scot Robinson Phone: 985-385-1913 Email: srobison@tanksalotinc.net | Trade | | | | $11,616 |
| 13 | Viking Life-Saving Equipment 11255 NW 106 St. ST. 1 Miami, FL 33178 | Todd Jarrell Phone: 832-982-7611 Email: tpj@viking-life.com | Trade | | | | $10,992 |
| 14 | Gulf Copper & Manufacturing Corp 7200 Proctor Street Extension Port Arthur, TX 77642 | Tim Gemmill Phone: 409-641-2507 Cell: 832-551-6801 Email: Tim.Gemmill@gulfcopper.com | Trade | | | | $10,655 |
| 15 | Ameriforge Corporation 945 Bunker Hill Rd, Ste 5020 Houston, TX 77024 | Billy Walker Phone: 713 429 8318 Email: wwalker@afglobalcorp.com | Trade | | | | $10,342 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | Seven Seas Maritime Services Spain  C/. El Guinchete s/n (Recinto Portu  Las Palmas de Gran Canaria 35008 | Miquel Pena  Phone: 34 633 018214  Email: miquel.pena@sevenseasgroup.com | Trade | | | | $8,712 |
| 17 | Bureau Veritas North America, Inc.  16800 Greenspoint Dr, Suite 300-S  Houston, TX 77060 | Michael Wilkins  Phone: 281.671.5627  Email: Michael.Wilkins@bureauveritas.com | Trade | | | | $8,555 |
| 18 | Tri-State Environmental, LLC  P.O. Box 403  Petal, MS 39465 | J. Terry Dykes  Phone: 601-689-0755  Email: tdykes@tristateoffshore.com | Trade | | | | $8,388 |
| 19 | Pace Analytical Services, LLC  1800 Elm Street SE  Minneapolis, MN 55414 | Jenny DeLamar-Snypes  Phone: 704-617-2289  Email: Jenny.Snipes@pacelabs.com | Trade | | | | $7,417 |
| 20 | Dintec Co., Ltd  Dintec Bldg, 1144-10, Choryang 3  Busan 444-444 | Y.H Jung  Phone: 82-(0)51-664-1076 (DID)  Mobile : 82-10-3828-1796  Email: yonghoon.jung@dintec.co.kr | Trade | | | | $6,436 |
| 21 | Wellbore Integrity Solutions, LLC  1310 Rankin Road, Building 18  Houston, TX 77073 | Raymond Bradbury  Phone: 985-303-6399  Email: Raymond.Bradberry@wellboreintegrity.com | Trade | | | | $6,278 |
| 22 | ABS Americas  16855 Northchase Drive  Houston, TX 77060 | Kendra Huhn  Phone: 346-268-0435  Email: khuhn@eagle.org | Trade | | | | $6,184 |
| 23 | Kongsberg Seatex AS  Pirsenteret, Trondheim 7462 | Joran Herfjord  Phone: 47 73 58 76 00  Mobile: 47 92 29 34 01)  Email: Kevin.Donovan@km.kongsberg.com | Trade | | | | $6,122 |
| 24 | Service Medical International Limit  KM 12 ABA/PH Expressway, INTELS CAM  Port Harcourt, NI, 99999 | Paula Colombo  Phone: 832 289 2284  Email: Paula.Colombo@internationalsos.com | Trade | | | | $5,877 |
| 25 | Subseaquence Limited  A103 First Floor, Fuel Tank  London SE8 3DX | Paul Freeland  Phone: 0044 203 637 035  Email: Paul.freeland@subseaquence.com | Trade | | | | $5,875 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26 | Gulfstream Services, Inc  P.O. Box 734693  Dallas, TX 75373 | Hank LaFosse  Phone: (985) 868-0303  Mobile: (337) 526-4114  Email: hlafosse@gulfstreamservices.com | Trade | | | | $5,697 |
| 27 | Clover Tool Co. Inc  6903 FM 359 South  Fulshear, TX 77441 | Tabatha Rongey  Phone: 281-561-5600  Email: clover@clovertool.com | Trade | | | | $5,328 |
| 28 | ScanTech Offshore Limited  ScanTech House, Morton Peto Road  Norfolk, NR310LT | Ryan Shearwood  Phone: 44 0 7850424887 | Trade | | | | $5,308 |
| 29 | Brandt, A division of National  PO Box 201198  Dallax, TX 75320 | Larry Bertrand /  Phone: 337-374-1703  Email: Larry.Bertrand@nov.com  Paxton Latiolais  Phone: 337-374-1701  Email: Paxton.Latiolais@nov.com | Trade | | | | $5,032 |
| 30 | National Oilwell Varco, LP  10353 Richmond Avenue  Houston, TX 77042 | Tim McGarity  Phone: 713-306-7792  Email: Tim.McGarity@nov.com | Trade | | | | $5,021 |

Fill in this information to identify the case:

Debtor Name: Pacific Drilling Company Limited

United States Bankruptcy Court for the:
Southern District of Texas
(State)

Case number (*If known*): _____    Chapter 11

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ *Amended Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/30/2020          ✗ /s/ James W. Harris
              MM / DD / YYYY       Signature of individual signing on behalf of debtor

                                   James W. Harris
                                   Printed name

                                   Designated Person
                                   Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PACIFIC DRILLING COMPANY LIMITED, | : | Case No. 20-_____ (___) |
| Debtor. | : | (Joint Administration Requested) |
| Tax I.D. No. 98-1554275 | : | |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interests:

| Shareholder | Approximate Percentage of Interests Held |
|---|---|
| Pacific Drilling S.A. | 100% |

### LIST OF EQUITY SECURITY HOLDERS

The following is a list of the debtor's equity security holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Shareholder | Approximate Percentage of Interests Held |
|---|---|
| Pacific Drilling S.A. | 100% |

| | |
|---|---|
| **Fill in this information to identify the case:** | |

Debtor Name   Pacific Drilling Company Limited

United States Bankruptcy Court for the:

Southern                    District of   Texas
                                         (State)

Case number (*If known*):  _____   Chapter   11

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒   *Other document that requires a declaration*   Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/30/2020          ✗ /s/ James W. Harris
              MM / DD / YYYY       Signature of individual signing on behalf of debtor

                                   James W. Harris
                                   Printed name

                                   Designated Person
                                   Position or relationship to debtor